USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIRE CANADA INC., SHIRE INTERNATIONAL LICENSING B.V., and SHIRE US INC.,<br><br>                         Plaintiffs,<br><br>       - against -<br><br>BARR LABORATORIES, INC.,<br><br>                         Defendant. | **ORDER**<br><br>09 Civ. 02380 (PGG) (KNF) |
| SHIRE CANADA INC., SHIRE INTERNATIONAL LICENSING B.V., and SHIRE US INC.,<br><br>                         Plaintiffs,<br><br>       - against -<br><br>MYLAN INC., MYLAN PHARMACEUTICALS, INC. and MATRIX LABORATORIES LIMITED,<br><br>                         Defendants. | 09 Civ. 02555 (PGG) (KNF) |
| SHIRE CANADA INC., SHIRE INTERNATIONAL LICENSING B.V., and SHIRE US INC.,<br><br>                         Plaintiffs,<br><br>       - against -<br><br>NATCO PHARMA LIMITED,<br><br>                         Defendant. | 09 Civ. 03165 (PGG) (KNF) |

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the above-captioned actions are consolidated for discovery and pre-trial motions pursuant to Fed. R. Civ. P. 42(a).

Dated: New York, New York
      May 13, 2009

                          SO ORDERED.

                          *[signature]*

                          Paul G. Gardephe
                          United States District Judge

2