```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIRE CANADA INC., SHIRE INTERNATIONAL
LICENSING B.V., AND SHIRE US INC.,

    Plaintiffs,

v.

MYLAN INC., MYLAN PHARMACEUTICALS
INC., AND MATRIX LABORATORIES LIMITED,

    Defendants.

09-CV-2555-PGG-KNF

## STIPULATED DISMISSAL OF ACTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-captioned action, Plaintiffs Shire Canada Inc., Shire International Licensing B.V., and Shire US Inc., and Defendants Mylan Inc., Mylan Pharmaceuticals Inc., and Matrix Laboratories, hereby stipulate to the dismissal without prejudice, pursuant to the parties' Covenant Not To Sue, of all of Plaintiffs' claims in the above-captioned action and all of Defendants' counterclaims in the above-captioned action. This dismissal does not constitute a decision on the merits.

As a result of the dismissal of the action, the stay provided in 21 U.S.C. 355(j)(2) and (5) of FDA approval of ANDA No. 90-976 shall be lifted and no longer in effect, effective as of the date of this order.

Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the above-captioned action.

This stipulated dismissal does not affect other actions Plaintiffs have brought against other defendants.

Respectfully submitted,

By: _____
George Pappas
Paul Berman
Jeffrey Elikan
David Haller
Christopher Sipes
Jeffrey Lerner

COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-662-6000
Fax: 202-662-6291
gpappas@cov.com
pberman@cov.com
jelikan@cov.com
csipes@cov.com
jlerner@cov.com

The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212-841-1000
Fax: 212-841-1010
dhaller@cov.com

*Attorneys for Plaintiffs Shire Canada Inc., Shire International Licensing B.V., and Shire US Inc.*

_____
Beth D. Jacob
SCHIFF HARDIN LLP
900 Third Avenue
New York, NY 10022
Tel: 212-754-0835
Fax: 212-753-5044
bjacob@schiffharin.com

Of counsel:

Douglass C. Hochstetler
Jason G. Harp
Kathryn S. Devine
Sailesh K. Patel
SCHIFF HARDIN LLP
6600 Chicago Tower
Chicago, IL 60606
Tel: 312-258-5500
Fax: 312-258-5600
dhochstetler@schiffhardin.com
jharp@schiffhardin.com
kdevine@schiffhardin.com
spatel@schiffhardin.com

*Attorneys for Defendants Mylan Inc., Mylan Pharmaceuticals Inc., and Matrix Laboratories*

DATED: June 21, 2011

SO ORDERED:
Dated: _____
U.S.D.J.